IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| v. | ) | JUDGE POLSTER |
| CLIFFORD D. CANTWELL, | ) | CASE NO. 4:19 CR 318 |
| KRISTINA R. CANTWELL, | ) | Title 18, United States Code, |
| | ) | Sections 1791(a)(1), (a)(2) and |
| Defendants. | ) | (b)(1) |

COUNT 1
(Providing Contraband in Prison, 18 U.S.C. § 1791(a)(1) and (b)(1))

The Grand Jury charges:

1. On or about May 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant KRISTINA R. CANTWELL, contrary to Title 21, United States Code, Section 841(a)(1), knowingly provided prohibited objects, to wit: a mixture or substance containing a detectable amount of hydrocodone, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of buprenorphine, a Schedule III controlled substance, to Clifford Cantwell, not charged in the count, an inmate of the Federal Correctional Institution Elkton in Lisbon, Ohio, in violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(1).

COUNT 2
(Possession of Contraband in Prison, 18 U.S.C. § 1791(a)(2) and (b)(1))

The Grand Jury further charges:

2. On or about May 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant CLIFFORD D. CANTWELL, an inmate of the Federal Correctional Institution Elkton in Lisbon, Ohio, knowingly possessed prohibited objects, to wit: a mixture or substance

containing a detectable amount of hydrocodone, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of buprenorphine, a Schedule III controlled substance, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002